UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALFA VISION INSURANCE CORPORATION                                    PLAINTIFF

v.                              No. 2:17-CV-02066

ADELE AMAYA-MATA, et al.                                             DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 57) from United States Magistrate Judge Mark E. Ford on Plaintiff's pending motions (Docs. 49, 53) for default judgment. Plaintiff's counsel has informed the Court that Plaintiff does not object to the report and recommendations, and the Court will review the report and recommendations even though the deadline to object has not yet passed.

The Court has carefully reviewed the Magistrate's report and recommendation. The Magistrate recommends denial of the motions without prejudice to refiling so that Alfa may support its alleged entitlement to default judgment, and so that "a general guardian, committee, conservator, or other such representative" may enter an appearance for the minor Defendants. The report and recommendation is proper and contains no error, and is ADOPTED.

IT IS THEREFORE ORDERED that Plaintiff's motions for default judgment (Docs. 49, 53) are DENIED WITHOUT PREJUDICE TO THEIR REFILING.

IT IS FURTHER ORDERED that this case is referred to Magistrate Judge Mark E. Ford under 28 § 636(b)(1)(A) and (B) for resolution of future matters arising in this case, including entry of an order appointing a guardian ad litem or another appropriate order under Federal Rule of Civil Procedure 17(c).

IT IS SO ORDERED this 12th day of March, 2018.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE