UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALFA VISION INSURANCE CORPORATION                                              PLAINTIFF

v.                                    No. 2:17-CV-02066

ADELE AMAYA-MATA, et al.                                                     DEFENDANTS

**ORDER**

The Court received a report and recommendation (Doc. 68) from United States Magistrate Judge Mark E. Ford on Plaintiff's pending motion (Doc. 65) for default judgment. The deadline to object to the report and recommendation has passed and none of the Defendants filed an objection. The Court carefully reviewed the Magistrate's report and recommendation. The Magistrate recommends that Plaintiff's third motion (Doc. 65) for default judgment be granted. The Magistrate further recommends that the declaratory relief sought by Plaintiff is appropriate. The report and recommendation is proper and contains no clear error, and is ADOPTED.

IT IS THEREFORE ORDERED that Plaintiff's third motion (Doc. 65) for default judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's request for declaratory judgment to the effect that there is no coverage under the policy for any bodily injury or property damage sustained by any party arising from the September 3, 2016 accident, including the subrogation claim made by State Farm Fire & Casualty Company, and that Plaintiff has no duty to defend and/or indemnify any party for any potential claims arising out of the accident is GRANTED.

Judgment will be entered accordingly.

IT IS SO ORDERED this 22nd day of October, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE