UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALFA VISION INSURANCE CORPORATION                                      PLAINTIFF

v.                              No. 2:17-CV-02066

ADELE AMAYA-MATA, et al.                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, there is no coverage under the policy issued by Alfa Vision Insurance Corporation to Separate Defendant Adele Amaya-Mata for any bodily injury or property damage sustained by any party arising out of the September 3, 2016 accident, including the subrogation claim made by State Farm Fire & Casualty Company. Furthermore, Alfa Vision Insurance Corporation has no duty to defend and/or indemnify any party for any potential claims arising out of the accident.

IT IS SO ADJUDGED this 22nd day of October, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE